# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2599
_____

| | | |
|---|---|---|
| Blake E. Anderson; Deborah Sue Anderson, | * * * | |
| Appellants, | * * | Appeal from the United States District Court for the |
| v. | * * | Eastern District of Missouri. |
| Madison County Commissioners; David L. Lewis, Sheriff; et al., | * * * * | **[UNPUBLISHED]** |
| Appellees. | * | |

_____

Submitted: March 7, 2003
Filed: March 17, 2003
_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.
_____

PER CURIAM.

Missouri inmate Blake Anderson (Blake) and his non-inmate wife Deborah (Deborah), appeal the district court's[1] adverse grant of summary judgment dismissing their 42 U.S.C. § 1983 action against various officials and employees of the Madison County Jail. Having carefully reviewed the record, we conclude that the evidence presented below failed to establish a trialworthy issue as to Blake's or Deborah's

_____

[1]The HONORABLE CAROL E. JACKSON, Chief Judge of the United States District Court for the Eastern District of Missouri.

inadequate-medical-care claims, or as to Deborah's excessive-force claim. We do not address claims the Andersons abandoned or first raise on appeal. Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.